IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIO ABREU,** | : | Civil No. 1:17-cv-1061 |
| Petitioner, | : | |
| v. | : | |
| | : | **Magistrate Judge Mehalchick** |
| **ERIC TICE, et al.,** | : | |
| | : | **Judge Sylvia H. Rambo** |
| Defendants. | : | |

## **O R D E R**

Before the court is a report and recommendation filed by the magistrate judge in which she recommends that Abreu's petition filed pursuant to 28 U.S.C. § 2241 be deemed withdrawn and that the Clerk of Court be directed to close this case. In an order filed concurrently with the report and recommendation, the magistrate judge denied Abreu's motion for reconsideration.

**IT IS HEREBY ORDERED** that the petition is **DEEMED WITHDRAWN** and that the Clerk of Court is directed to **CLOSE** this case.

                                                    s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: September 21, 2017